IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WANDA RENA WRIGHT
2706 RAPHAEL DR
COLUMBUS, OH  43232

CASE NO: 13-54502

CHAPTER 13

JUDGE: John E. Hoffman Jr.

NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Faye D. English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below .

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00012 | AARON'S SALO LOCKBOX<br>PO BOX 102746<br>ATLANTA, GA  30368 | 0.00 | 100.00% | 0.00 % | CLAIM WITHDRAWN |
| 00013 | Allstate<br>PO Box 3589<br>Akron, OH  44309-3589 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00087 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | 518.76 | 1.00% | 0.00 % | UNSECURED |
| 00092 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | 155.01 | 1.00% | 0.00 % | UNSECURED |
| 00093 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | 100.50 | 1.00% | 0.00 % | UNSECURED |
| 00016 | Behavioral Healthcare Partner<br>PO Box 4670<br>Newark, OH  43058 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502    WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00017 | Cambridge Municipal Court<br>150 Highland Ave<br>Suite 1<br>Cambridge, OH  43725 | 556.40 | 100.00% | 0.00 % | PRIORITY |
| 00018 | CAPITAL ONE AUTO FINANCE<br>c/o ASCENSION CAPITAL GROUP<br>PO BOX 201347<br>ARLINGTON, TX  76006 | 7,809.25 | 1.00% | 0.00 % | UNSECURED |
| 00019 | Capital One Auto Finance<br>PO Box 93016<br>Long Beach, CA  90809 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00020 | Capital Recover Systems<br>750 Cross Pointe Rd.<br>Suite S<br>Columbus, OH  43230-6693 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00022 | Cash Jar<br>PO Box 025250<br>#15050<br>Miami, FL  33102-5250 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00046 | CAVALRY PORTFOLIO SERVICES<br>PO BOX 27288<br>TEMPE, AZ  85282 | 1,135.63 | 1.00% | 0.00 % | UNSECURED |
| 00023 | Central Ohio Sleep Medicine, LTD.<br>745 W. State St.<br>#510<br>Columbus, OH  43222 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00024 | Chase Bank<br>340 S Cleveland Ave<br>Bldg 370<br>Westerville, OH  43081 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00001 | CITY OF COLUMBUS<br>INCOME TAX DIVISION<br>77 N FRONT ST<br>COLUMBUS, OH  43215-1895 | 4,846.27 | 1.00% | 0.00 % | UNSECURED |
| 00025 | City of Columbus<br>Parking Violations Bureau<br>2700 Impound Lot Road<br>Columbus, OH  43207 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502    WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00021 | CNAC<br>12802 HAMILTON CROSSING BLVD<br>CARMEL, IN  46032 | 5,558.65 | 1.00% | 0.00 % | UNSECURED |
| 00094 | COLUMBUS APPRAISAL CO LLC<br>PO BOX 1946<br>POWELL, OH  43065 | 175.00 | 100.00% | 0.00 % | APPRAISER |
| 00026 | Columbus City Attorney<br>90 W. Broad St.<br>Columbus, OH  43215 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00027 | Columbus Division of Fire<br>P.O. Box 56338<br>Philadelphia, PA  19130-6338 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00028 | Columbus Radioliogy Corp<br>P.O. Box 7169<br>Columbus, OH  43205 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00029 | Compucredit Corp/aspir<br>Pob 105555<br>Atlanta, GA  30348 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00030 | CreditMax, Inc<br>11119 Lima Rd<br>Fort Wayne, IN  46818 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00031 | Dearborn County Hospital<br>600 Wilson Creek Rd.<br>Lawrenceburg, IN  47025 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00032 | Dearborn County Hospital<br>600 Wilson Creek Rd.<br>Lawrenceburg, IN  47025 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00033 | Dublin Medical Center<br>6350 Frantz Rd.<br>St E<br>Dublin, OH  43017 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502   WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00034 | Dyserv, Inc<br>855 W. Fifth St.<br>Columbus, OH  43212 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00035 | Eastside Dermatology<br>150 Taylor Station Rd.<br>Suite 250<br>Grove City, OH  43123 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00036 | Emblem Mastercard<br>c/o Jefferson Capital<br>7322 Southwest FRWY Suite 1600<br>Houston, TX  77074 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00037 | Fifth Third Bank<br>38 Fountain Sq. Place<br>Cincinnati, OH  45263 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00039 | Franklin County Muncipal Court<br>579 Main St.<br>Ste 501<br>Columbus, OH  43215 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00062 | GLOBAL PAYMENTS<br>PO BOX 661158<br>CHICAGO, IL  60666-1158 | 180.00 | 1.00% | 0.00 % | UNSECURED |
| 00041 | GRANT MEDICAL CENTER<br>PO BOX 931002<br>CLEVELAND, OH  44193 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00042 | Grant Riverside Labs<br>PO Box 951455<br>Cleveland, OH  44193 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00043 | GRANT RIVERSIDE MEDICAL CARE<br>PO BOX 734339<br>CLEVELAND, OH  44193 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00044 | HESAA<br>PO BOX 547<br>TRENTON, NJ  08625 | 7,603.53 | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502    WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00045 | HOME AT FIVE<br>C/O CREDITORS BANKRUPTCY SERVICES<br>PO BOX 740933<br>DALLAS, TX  75374 | 303.79 | 1.00% | 0.00 % | UNSECURED |
| 00009 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 13,830.26 | 100.00% | 0.00 % | PRIORITY |
| 00002 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 2,057.87 | 100.00% | 3.00 % | SECURED |
| 00003 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 155,110.38 | 1.00% | 0.00 % | UNSECURED |
| 00038 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>St Louis, MO  63195 | 700.21 | 1.00% | 0.00 % | UNSECURED |
| 00048 | Jena Mae Inc.<br>PO Box 972<br>Greenwood, IN  46142 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00049 | Licking Memorial Health Professionals<br>1915 Tamarack Rd<br>Newark, OH  43055 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00050 | Licking Memorial Hospital<br>1320 West Main Street<br>Newark, OH  43055 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00051 | Licking Memorial Pathologists<br>PO Box 4056<br>Newark, OH  43058 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00052 | Lifecare Medical Services<br>3063 E. 14th Ave<br>Columbus, OH  43219 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502   WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00082 | MAIN STREET ACQUISITIONS<br>c/o BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | 19,164.04 | 1.00% | 0.00 % | UNSECURED |
| 00053 | MAX SPORTS MEDICINE INSTITUTE<br>PO BOX 843255<br>BOSTON, MA  02284-3256 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00054 | MedOne Hospital Physicians Inc<br>PO Box 712948<br>Cincinnati, OH  45271 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00055 | Merchants Credt Guide<br>Executive OFfices<br>223 W. Jackson Blvd.<br>Chicago, IL  60606 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00056 | MERRICK BANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603-0368 | 1,599.20 | 1.00% | 0.00 % | UNSECURED |
| 00057 | Mid Ohio Emergency Services<br>139 West Johnstown Road<br>Columbus, OH  43230 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00058 | Mount Carmel East<br>5955 E. Broad St.<br>Columbus, OH  43213 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00060 | Mount Carmel Medical Group<br>PO Box 951464<br>Cleveland, OH  44193 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00059 | MT CARMEL HEALTH<br>% TREVOR J INNOCENTI ESQ<br>117 W MAIN ST #206<br>LANCASTER, OH  43130 | 12,528.59 | 1.00% | 0.00 % | UNSECURED |
| 00061 | NATIONAL CHECK CASHERS<br>PO BOX 340315<br>COLUMBUS, OH  43234-0315 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502   WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00063 | Northbrook Indemnity Co<br>C/o Credit Collections Services<br>2 Wells Ave<br>Newton Center, MA  02459 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00005 | OCWEN LOAN SERVICING LLC<br>ATTN:PAYMENT PROCESSING<br>3451 HAMMOND AVE<br>WATERLOO, IA  50702 | 5,829.47 | 100.00% | 0.00 % | PRE-PET MTG ARREARS |
| 00004 | OCWEN LOAN SERVICING LLC<br>ATTN:PAYMENT PROCESSING<br>3451 HAMMOND AVE<br>WATERLOO, IA  50702 | 992.20<br>CONTINUING | 100.00% | 0.00 % | MORTGAGE |
| 00064 | Office of Ohio Attorney General<br>150 E Gay Street<br>Columbus, OH  43215 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00011 | OHIO ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 4,301.28 | 100.00% | 0.00 % | PRIORITY |
| 00010 | OHIO ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 29,017.01 | 1.00% | 0.00 % | UNSECURED |
| 00065 | Ohio County Rescue Service Inc<br>836 4th Ave<br>Huntington, WV  25701 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00066 | Ohio Department of Mental Health<br>30 E. Broad St.<br>11th Floor<br>Columbus, OH  43215 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00067 | Ohio Dept of Job & Family Services<br>PO Box 182404<br>Columbus, OH  43218 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00068 | Ohio Gastroenerology Group<br>PO Box 9653<br>Belfast, ME  04915-9653 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502   WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00069 | Ohio Gastroenerology Group<br>PO Box 9653<br>Belfast, ME  04915-9653 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00071 | Ohio Highway Patrol<br>2855 West Dublin Granville Rd.<br>Columbus, OH  43235 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00072 | Ohio State University Hospital<br>P.O. Box 0932<br>Columbus, OH  43271 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00070 | OHIOHEALTH<br>5350 FRANTZ RD<br>DUBLIN, OH  43017 | 2,783.71 | 1.00% | 0.00 % | UNSECURED |
| 00080 | OHIOHEALTH<br>5350 FRANTZ RD<br>DUBLIN, OH  43017 | 1,022.45 | 1.00% | 0.00 % | UNSECURED |
| 00095 | OHIOHEALTH<br>5350 FRANTZ RD<br>DUBLIN, OH  43017 | 816.60 | 1.00% | 0.00 % | UNSECURED |
| 00096 | OHIOHEALTH<br>5350 FRANTZ RD<br>DUBLIN, OH  43017 | 3,117.88 | 1.00% | 0.00 % | UNSECURED |
| 00097 | OHIOHEALTH<br>5350 FRANTZ RD<br>DUBLIN, OH  43017 | 2,180.36 | 1.00% | 0.00 % | UNSECURED |
| 00073 | Onyx Acceptance Corp.<br>27051 Towne Center Dr.<br>Foothill Ranch, CA  92610-2819 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00074 | OSU PHYSICIAN SERVICES<br>PO BOX 710771<br>COLUMBUS, OH  43271-0771 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502  WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00075 | Payday Cash Advance<br>3950 Belmont Avenue<br>Youngstown, OH  44505 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00076 | Pcb<br>5500 New Albany Rd<br>New Albany, OH  43054 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00077 | Psychiatry Providers of MC<br>c/o Medicredit<br>PO Box 41187<br>Saint Louis, MO  63141 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00014 | QUANTUM3 GROUP LLC as agent for<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 1,261.24 | 1.00% | 0.00 % | UNSECURED |
| 00047 | QUANTUM3 GROUP LLC as agent for<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 1,285.95 | 1.00% | 0.00 % | UNSECURED |
| 00078 | Radiology Inc<br>PO Box 182504<br>Columbus, OH  43218 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00079 | Riverside Labs<br>3535 Olentangy River Rd<br>Columbus, OH  43214 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00081 | Sammons & Assoc.<br>635 Park Meadows Rd.<br>Suite 101<br>Westerville, OH  43081 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00007 | SAMMONS & ASSOCIATES CO LPA<br>709 E LINCOLN AVE<br>COLUMBUS, OH  43229 | 3,231.78 | 1.00% | 0.00 % | UNSECURED |
| 00083 | Scotts Lawn Service<br>Attention Collection Dept.<br>PO Box 742585<br>Cincinnati, OH  45274 | Not filed | 1.00% | 0.00 % | UNSECURED |

CASE NO. 13-54502   WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00040 | SEVENTH AVENUE<br>% CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX  75374 | 181.80 | 1.00% | 0.00 % | UNSECURED |
| 00084 | Sound Inpatient Physician of Ohio, LLC<br>File 31223 PO Box 60000<br>San Francisco, CA  94160 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00085 | Sound Inpatient Physician of Ohio, LLC<br>File 31223 PO Box 60000<br>San Francisco, CA  94160 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00086 | Surgical Oncology Associates of Columbus<br>8100 Ravines Edge Ct.<br>Suite 100<br>Columbus, OH  43235 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00088 | The Neat Company<br>1601 Market St. 3500<br>Philadelphia, PA  19103 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00015 | THE OHIO BELL TELEPHONE COMPANY<br>KAREN A CAVAGNARO LEAD PARALEGAL<br>ONE AT&T WAY RM 3A104<br>BEDMINSTER, NJ  07921 | 192.98 | 1.00% | 0.00 % | UNSECURED |
| 00089 | US Department of Education<br>PO Box 105028<br>Atlanta, GA  30348 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00090 | Wexner Medical Center<br>Patient Financial Services<br>PO Box 183102<br>Columbus, OH  43218 | Not filed | 1.00% | 0.00 % | UNSECURED |
| 00091 | Woodforest Bank<br>3657 E. Main Street<br>Columbus, OH  43213 | Not filed | 1.00% | 0.00 % | UNSECURED |
| | TOTAL | 289,155.85 | | | |

CASE NO. 13-54502    WANDA RENA WRIGHT

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00000 | MICHAEL A COX ESQ<br>2500 N HIGH ST STE 100<br>COLUMBUS, OH  43202 | 3,200.00 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated: October 06, 2014

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 10/6/2014

/s/ Faye D. English
Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Michael A Cox Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Wanda Rena Wright
2706 Raphael Dr
Columbus, Oh 43232