IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WANDA RENA WRIGHT
      2706 RAPHAEL DR
      COLUMBUS, OH  43232

Case No: 13-54502

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on June 03, 2013.
The plan was confirmed on November 12, 2013.
The Case was concluded on September 03, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF CONVERSION TO CHAPTER 7 AFTER CONFIRMATION.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:     34,304.86

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AARON'S SALO LOCKBOX 00012    CLAIM WITHDRAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| Allstate 00013    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| American InfoSource LP as agent for 00087    UNSECURED | 5.19 | 0.00 | 0.00 | 5.19 |
| American InfoSource LP as agent for 00092    UNSECURED | 1.55 | 0.00 | 0.00 | 1.55 |
| American InfoSource LP as agent for 00093    UNSECURED | 1.01 | 0.00 | 0.00 | 1.01 |
| Behavioral Healthcare Partner 00016    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Cambridge Municipal Court 00017    PRIORITY | 556.40 | 0.00 | 0.00 | 556.40 |
| Capital One Auto Finance 00019    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE 00018    UNSECURED | 78.09 | 0.00 | 0.00 | 78.09 |
| Capital Recover Systems 00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Cash Jar 00022    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES 00046    UNSECURED | 11.36 | 0.00 | 0.00 | 11.36 |
| Central Ohio Sleep Medicine, LTD. 00023    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 13-54502    WANDA RENA WRIGHT

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Chase Bank 00024    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| City of Columbus 00025    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CITY OF COLUMBUS 00001    UNSECURED | 48.46 | 0.00 | 0.00 | 48.46 |
| CNAC 00021    UNSECURED | 55.59 | 0.00 | 0.00 | 55.59 |
| COLUMBUS APPRAISAL CO LLC 00094    APPRAISER | 175.00 | 175.00 | 0.00 | 0.00 |
| Columbus City Attorney 00026    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Columbus Division of Fire 00027    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Columbus Radioliogy Corp 00028    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Compucredit Corp/aspir 00029    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CreditMax, Inc 00030    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Dearborn County Hospital 00031    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Dearborn County Hospital 00032    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Dublin Medical Center 00033    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Dyserv, Inc 00034    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Eastside Dermatology 00035    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Emblem Mastercard 00036    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fifth Third Bank 00037    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Franklin County Muncipal Court 00039    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| GLOBAL PAYMENTS 00062    UNSECURED | 1.80 | 0.00 | 0.00 | 1.80 |
| GRANT MEDICAL CENTER 00041    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Grant Riverside Labs 00042    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| GRANT RIVERSIDE MEDICAL CARE 00043    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HESAA 00044    UNSECURED | 76.04 | 0.00 | 0.00 | 76.04 |
| HOME AT FIVE 00045    UNSECURED | 3.04 | 0.00 | 0.00 | 3.04 |
| INTERNAL REVENUE SERVICE 00009    PRIORITY | 13,830.26 | 846.63 | 0.00 | 12,983.63 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 13-54502    WANDA RENA WRIGHT

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>00002     SECURED | 2,057.87 | 2,057.87 | 105.20 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00003     UNSECURED | 1,551.10 | 0.00 | 0.00 | 1,551.10 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>00038     UNSECURED | 7.00 | 0.00 | 0.00 | 7.00 |
| Jena Mae Inc.<br>00048     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Licking Memorial Health Professionals<br>00049     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Licking Memorial Hospital<br>00050     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Licking Memorial Pathologists<br>00051     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Lifecare Medical Services<br>00052     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MAIN STREET ACQUISITIONS<br>00082     UNSECURED | 191.64 | 0.00 | 0.00 | 191.64 |
| MAX SPORTS MEDICINE INSTITUTE<br>00053     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MedOne Hospital Physicians Inc<br>00054     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Merchants Credt Guide<br>00055     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>00056     UNSECURED | 15.99 | 0.00 | 0.00 | 15.99 |
| Mid Ohio Emergency Services<br>00057     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Mount Carmel East<br>00058     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Mount Carmel Medical Group<br>00060     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH<br>00059     UNSECURED | 125.29 | 0.00 | 0.00 | 125.29 |
| NATIONAL CHECK CASHERS<br>00061     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Northbrook Indemnity Co<br>00063     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC<br>00004     MORTGAGE | Continuing | 25,831.26 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC<br>00005     PRE-PET MTG ARREARS | 5,829.47 | 356.86 | 0.00 | 5,472.61 |
| Office of Ohio Attorney General<br>00064     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE OF OHIO<br>00011     PRIORITY | 4,301.28 | 263.31 | 0.00 | 4,037.97 |
| OHIO ATTORNEY GENERAL STATE OF OHIO<br>00010     UNSECURED | 290.17 | 0.00 | 0.00 | 290.17 |
| Ohio County Rescue Service Inc<br>00065     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 13-54502    WANDA RENA WRIGHT

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Ohio Department of Mental Health 00066    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Dept of Job & Family Services 00067    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Gastroenerology Group 00068    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Gastroenerology Group 00069    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Highway Patrol 00071    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio State University Hospital 00072    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OHIOHEALTH 00070    UNSECURED | 27.84 | 0.00 | 0.00 | 27.84 |
| OHIOHEALTH 00095    UNSECURED | 8.17 | 0.00 | 0.00 | 8.17 |
| OHIOHEALTH 00096    UNSECURED | 31.18 | 0.00 | 0.00 | 31.18 |
| OHIOHEALTH 00097    UNSECURED | 21.80 | 0.00 | 0.00 | 21.80 |
| OHIOHEALTH 00080    UNSECURED | 10.22 | 0.00 | 0.00 | 10.22 |
| Onyx Acceptance Corp. 00073    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OSU PHYSICIAN SERVICES 00074    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Payday Cash Advance 00075    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Pcb 00076    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Psychiatry Providers of MC 00077    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for 00014    UNSECURED | 12.61 | 0.00 | 0.00 | 12.61 |
| QUANTUM3 GROUP LLC as agent for 00047    UNSECURED | 12.86 | 0.00 | 0.00 | 12.86 |
| Radiology Inc 00078    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Riverside Labs 00079    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Sammons & Assoc. 00081    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SAMMONS & ASSOCIATES CO LPA 00007    UNSECURED | 32.32 | 0.00 | 0.00 | 32.32 |
| Scotts Lawn Service 00083    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SEVENTH AVENUE 00040    UNSECURED | 1.82 | 0.00 | 0.00 | 1.82 |
| Sound Inpatient Physician of Ohio, LLC 00084    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 13-54502    WANDA RENA WRIGHT

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Sound Inpatient Physician of Ohio, LLC<br>00085     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Surgical Oncology Associates of Columbus<br>00086     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| The Neat Company<br>00088     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| THE OHIO BELL TELEPHONE COMPANY<br>00015     UNSECURED | 1.93 | 0.00 | 0.00 | 1.93 |
| US Department of Education<br>00089     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| WANDA RENA WRIGHT<br>00000     DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| WANDA RENA WRIGHT<br>00000     DEBTOR REFUND | 665.14 | 665.14 | 0.00 | 0.00 |
| Wexner Medical Center<br>00090     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Woodforest Bank<br>00091     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during<br>pendency of case | 665.14 | 665.14 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 7,887.34 | 18,687.94 | 262,405.57 | 0.00 | 665.14 | 289,645.99 |
| PRIN PAID | 2,414.73 | 1,109.94 | 0.00 | 25,831.26 | 665.14 | 30,021.07 |
| INT PAID | 105.20 | 0.00 | 0.00 | 0.00 | | 105.20 |
| | | | | | TOTAL PAID: | 30,126.27 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| MICHAEL A COX ESQ | 3,200.00 | 3,200.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,468.73 | 0.00 | 0.00 | 1,468.73 |

Dated: 09/16/2015

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: WANDA RENA WRIGHT  
      2706 RAPHAEL DR  
      COLUMBUS, OH  43232

Case No: 13-54502

Chapter 13

Judge: John E. Hoffman Jr.

### CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555